UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00045-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

15. DERRICK WEBSTER, a/k/a "Web," et al.,

Defendants.

## ORDER

The Court has considered the government's motion for the three level

acceptance of responsibility reduction pursuant to '3E1.1 of the United States

Sentencing Guidelines being fully advised, it is hereby

ORDERED that Government's Motion Regarding Acceptance of Responsibility

[ECF Doc. No. 957], filed December 3, 2013, is **GRANTED.**  It is further

ORDERED that the Defendant receive a reduction of three levels in the base

offense level for acceptance of responsibility as provided by '3E1.1(a) and (b) of the

United States Sentencing Guidelines.

Dated:  December 17, 2013.

BY THE COURT:


/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE