**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | December 17, 2013 | Probation: | Michelle Means |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No: **12-cr-00045-WYD**            Counsel:

UNITED STATES OF AMERICA,                         Susan "Zeke" Knox

      Plaintiff,

v.

**15.  DERRICK WEBSTER, a/k/a "Web,"**            Arthur S. Nieto

      Defendant.

## SENTENCING

**2:07 p.m.**      Court in Session - Defendant present (on-bond)

> **Change of Plea Hearing - Tuesday, March 19, 2013, at 3:00 p.m.
> Plea of Guilty - one-count Information.**

      APPEARANCES OF COUNSEL.

      Court's opening remarks.

2:08 p.m.      Statement on behalf of Defendant (Mr. Nieto).

2:10 p.m.      Statement on behalf of Government (Ms. Knox).

2:14 p.m.      Statement on behalf of Probation (Ms. Means).

2:16 p.m.      Statement on behalf of Defendant (Mr. Nieto).

| | |
|---|---|
| 2:17 p.m. | Statement by Defendant on his own behalf (Mr. Webster). |
| 2:17 p.m. | Statement on behalf of Defendant (Mr. Nieto). |
| 2:23 p.m. | Statement by Defendant on his own behalf (Mr. Webster). |
| 2:28 p.m. | Statement on behalf of Defendant by his son, Timothy Jones. |
| 2:30 p.m. | Statement on behalf of Defendant by his friend, Barry Hill. |
| 2:34 p.m. | Statement on behalf of Defendant by his friend, Houston Jones. |
| 2:34 p.m. | Statement on behalf of Defendant by his mother, Betty Webster. |
| | Court makes findings. |
| **ORDERED:** | Government's Motion Regarding Acceptance of Responsibility [ECF Doc. No. 957], filed December 3, 2013, is **GRANTED.** |
| | Order is **APPROVED BY THE COURT.** |
| **ORDERED:** | Government's Title 18 U.S.C. § 3553(e) and § 5K1.1 Motion for Downward Departure Based on Substantial Assistance [ECF Doc. No. 959], filed December 3, 2013, is **GRANTED.** |
| **ORDERED:** | Defendant be **imprisoned** for **5** months. |
| **ORDERED:** | Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years. |
| **ORDERED:** | **Conditions** of **Supervised Release** are: |
| (X) | Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released. |
| (X) | Defendant shall not commit another federal, state or local crime. |
| (X) | Defendant shall not possess a firearm as defined in 18 U.S.C. § 921. |
| (X) | Defendant shall comply with standard conditions adopted by the Court. |
| (X) | Defendant shall not unlawfully possess a controlled substance. |

(X)     The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)     The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3563(a)(5), because the presentence report indicates a low risk of future substance abuse by the defendant.

(X)     The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) for supervised releases cases as the defendant is likely to be deported.

(X)     If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

(X)     The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

**ORDERED:**     **Special Condition(s)** of **Supervised Release** are:

(X)     The defendant shall be placed on home detention for a period of **5 months**, to commence within 21 days from **release from imprisonment.**  During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer.  The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephone for the above period.  The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department.  The defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.

**ORDERED:**     Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**     **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**     Defendant may voluntarily surrender to the facility designated by the Bureau of Prisons within **fifteen days of designation.**

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Government's Motion to Dismiss the Indictment as to Defendant Derrick Webster [ECF Doc. No. 958], filed December 3, 2013, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**:  **BOND CONTINUED.**

**2:54 p.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  :47**