IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00045-WYD-15

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DERRICK WEBSTER

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

      IT IS ORDERED that Defendant, DERRICK WEBSTER, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the U.S. Penitentiary Florence ADMAX SCP, 5880 HWY 67 South, Florence, Colorado, on January 22, 2014, by 12:00 noon, and will travel at his own expense.

      DATED at Denver, Colorado, this 23rd day of January 2014.

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      WILEY Y. DANIEL
                      Senior United States District Judge